An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TIA DIANE DIRCIO,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE ROBERT W.
LANE, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 69059

**FILED**

DEC 17 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a petition for a writ of mandamus and/or prohibition. Petitioner asks this court to reverse the district court's affirmance of her appeal from her justice court convictions. Petitioner contends that, by holding a bench trial on her misdemeanor charges while a related felony charge was pending in district court, the justice court violated her rights to remain silent, to testify in her own defense, to have a fair trial, and to receive effective assistance of counsel because she was forced to take her counsel's advice and not testify in the misdemeanor case since that testimony could then be used against her in the felony trial. She also asks this court to enjoin the State from proceeding with another bench trial on the misdemeanor matter in justice court before the related felony matter is tried and resolved in district court. Without deciding upon the merits of

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38660

any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Robert W. Lane, District Judge
        Nye County District Attorney
        The Law Firm of Nathan L. Gent, PLLC
        Attorney General/Carson City
        Nye County Clerk